# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 25, 2023

### NO. 03-21-00275-CV

**Georgia Clark, Appellant**

**v.**

**Fort Worth Independent School District, Appellee**

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES BAKER, TRIANA, AND THEOFANIS**
**AFFIRMED -- OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment signed by the trial court on March 23, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.